THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| **GREGORY FORTE,** : | | |
| : | | |
| **Plaintiff,** : | | |
| : | | |
| v. : | Civil No. 08-3761(JEI) | |
| : | | |
| **ACE AMERICAN INSURANCE** : | | |
| **COMPANY, et al.,** : | | |
| : | | |
| **Defendants.** : | | |

| | | |
|---|---|---|
| In Re **KIMBERLY HARTMAN,** : | | |
| : | | |
| **Petitioner,** : | | |
| : | | |
| v. : | Civil No. 08-5562(JEI) | |
| : | | |
| **JEFFERY BOURQUIN, et al.,** : | | |
| : | | |
| **Defendants.** : | | |

**ORDER OF CONSOLIDATION**

This matter has been raised *sua sponte* by the Court related to the matters of <u>Forte v. Ace American Insurance Co., et al.</u>, Civil No. 08-3761 (JEI) and <u>In re Kimberly Hartman</u>, Civil No. 08-5562 (JEI); and

The Court finding that pursuant to Fed. R. Civ. P. 42(a), when actions involve common questions of law or fact, the Court may order the actions consolidated for purposes of any proceedings that may tend to avoid unnecessary costs or delay (<u>Wachtel v. Guardian Life Ins. Co.</u>, 223 F.R.D. 196, 199 (D.N.J. 2004)); and the Court further finding that these actions involve common questions of law and fact and similar causes of action; and the Court further finding that

consolidation of these matters for discovery and case management purposes will avoid unnecessary costs or delay to all parties involved; and for good cause shown

IT IS on this 25th day of March 2009 hereby

ORDERED that the matters of <u>Forte v. Ace American Insurance Co., et al.</u>, Civil No. 08-3761 (JEI) and <u>In re Kimberly Hartman</u>, Civil No. 08-5562 (JEI) shall be consolidated for *discovery and case management purposes only*; and it is further

ORDERED that the matter of <u>Forte v. Ace American Insurance Co., et al.</u>, Civil No. 08-3761 (JEI) shall remain stayed until further Order.

                                                /s/ Joel Schneider
                                                JOEL SCHNEIDER
                                                United States Magistrate Judge